UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X       O R D E R
Susan Moccia,

                    Plaintiff,        CV-05-2832 (FB )

        -against-

American Airlines, Inc. &
Metropolitan Life Insurance

                    Defendants.
------------------------------X

An initial conference will be held in the above-captioned case on March 13, 2006 at 11:30 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 333 at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at 718-260-2530. All counsel must be present.

**Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

        SO ORDERED.

Dated: Brooklyn, New York
       November 2, 2005

                                    _____
                                    JOAN M. AZRACK
                                    UNITED STATES MAGISTRATE JUDGE