Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel:  212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Melissa C. Rodriguez**
212-309-6394
mcrodriguez@morganlewis.com

November 23, 2005

## ELECTRONICALLY FILED

Honorable District Judge Frederic Block
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Moccia v. American Airlines, Inc., et. al., No. 05 Civ. 2832 (FB)

Dear Judge Block:

MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT

We write on behalf of Defendant American Airlines, Inc. ("American") in the above-referenced matter and write to respectfully request a two-week extension of the current November 28, 2005 deadline for American to answer, move to dismiss or otherwise respond to Plaintiff's Complaint through December 12, 2005.  As grounds for this request, we respectfully submit that American is seeking to resolve representation issues which, if unresolved, may impair its ability to file a response to Plaintiff's Complaint on November 28.  We telephoned Plaintiff's counsel today to seek his consent for the requested extension, but he was out of the office when we called.  As of the time of this letter, Plaintiff's counsel has not called us back in response to our telephone message in this regard.  No previous requests for an extension of time for American to respond to Plaintiff's Complaint have been made to the Court.

Thank you for your consideration.

Respectfully submitted,

Melissa C. Rodriguez

*Application Granted*
*Initial Conference*
*Remains March 13, 2006*
*at 11:30 A.M.*

11-28-05

cc:    Peter S. Gordon, Esq., *Attorneys for Plaintiff* (via facsimile and ECF)
       Alan Marcus, Esq., *Attorneys for Defendant MetLife* (via facsimile and ECF)

MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT